UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| STAFFORD-SMITH, INC., ) | |
| Plaintiff, ) | |
| ) | No. 1:12-cv-813 |
| -v- ) | |
| ) | HONORABLE PAUL L. MALONEY |
| ADAM SCHUT, ) | |
| Defendant. ) | |
| ) | |

## **JUDGMENT**

Having dismissed the sole count in the complaint, as required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT** enters in favor of Defendant and against Plaintiff.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: December 3, 2013              /s/ Paul L. Maloney
                                    Paul L. Maloney
                                    Chief United States District Judge